# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JARRIT MANFREDY,

    Plaintiff,

v.                                        Case No. 6:21-cv-1731-WWB-DCI

COMMERCIAL ACCEPTANCE
COMPANY,

    Defendant.
_____/

JARRIT MANFREDY,

    Plaintiff,

v.                                        Case No. 6:21-cv-1732-WWB-DCI

COMMERCIAL ACCEPTANCE
COMPANY,

    Defendant.
_____/

JARRIT MANFREDY,

    Plaintiff,

v.                                        Case No. 6:21-cv-1733-WWB-DCI

COMMERCIAL ACCEPTANCE
COMPANY,

    Defendant.
_____/

JARRIT MANFREDY,

    Plaintiff,

v.                                        Case No. 6:21-cv-1734-WWB-DCI

COMMERCIAL ACCEPTANCE
COMPANY,

   Defendant.
_____/

JARRIT MANFREDY,

   Plaintiff,

v.                Case No. 6:21-cv-1735-WWB-DCI

COMMERCIAL ACCEPTANCE
COMPANY,

   Defendant.
_____/

JARRIT MANFREDY,

   Plaintiff,

v.                Case No. 6:21-cv-1891-WWB-DCI

COMMERCIAL ACCEPTANCE
COMPANY,

   Defendant.
_____/

JARRIT MANFREDY,

   Plaintiff,

v.                Case No. 6:21-cv-1892-WWB-EJK

COMMERCIAL ACCEPTANCE
COMPANY,

   Defendant.
_____/

JARRIT MANFREDY,

   Plaintiff,

v.                                                                                           Case No. 6:21-cv-1894-WWB-DCI

COMMERCIAL ACCEPTANCE
COMPANY,

      Defendant.
_____/

JARRIT MANFREDY,

      Plaintiff,

v.                                                                                           Case No. 6:21-cv-1895-WWB-DCI

COMMERCIAL ACCEPTANCE
COMPANY,

      Defendant.
_____/

## **ORDER**

THIS CAUSE is before the Court on Defendant's Unopposed Motion to Consolidate (Doc. 7). Plaintiff, Jarrit Manfredy, has filed a total of ten lawsuits against Defendant, Commercial Acceptance Company, alleging that Defendant violated state and federal regulations regarding the collection of consumer debts. *See* Case Nos. 6:21-cv-1731-WWB-DCI; 6:21-cv-1732-WWB-DCI; 6:21-cv-1733-WWB-DCI; 6:21-cv-1734-WWB-DCI; 6:21-cv-1735-WWB-DCI; 6:21-cv-1891-WWB-DCI; 6:21-cv-1892-WWB-EJK; 6:21-cv-1893-ACC-DCI; 6:21-cv-1894-WWB-DCI; 6:21-cv-1895-WWB-DCI.[1] Each such

---

[1] Nine of the ten lawsuits have been assigned or transferred to the undersigned. This Order only effects those lawsuits currently pending before the undersigned judge and does not impact Case No. 6:21-cv-1893-ACC-DCI. *See* M.D. Fla. R. 1.07(b).

lawsuit appears to arise out of identical allegations. Accordingly, Defendant requests that the cases be consolidated for resolution, which Plaintiff does not oppose.[2]

"If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Fed. R. Civ. P. 42(a)(2); *see also* M.D. Fla. R. 1.07(b). These cases share common questions of law and fact. Specifically, these cases are between the same parties, allege the same or similar conduct, and assert the same grounds for relief. Upon consideration, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant's Unopposed Motion to Consolidate (Doc. 7) is **GRANTED**.
2. The following cases are hereby **CONSOLIDATED** for all purposes:  Case Nos. 6:21-cv-1731-WWB-DCI;  6:21-cv-1732-WWB-DCI;  6:21-cv-1733-WWB-DCI; 6:21-cv-1734-WWB-DCI;  6:21-cv-1735-WWB-DCI;  6:21-cv-1891-WWB-DCI; 6:21-cv-1892-WWB-EJK; 6:21-cv-1894-WWB-DCI; 6:21-cv-1895-WWB-DCI.
3. Case Number 6:21-cv-1731-WWB-DCI shall be the lead case, and **all future filings shall be filed and docketed in Case Number 6:21-cv-1731-WWB-DCI only.**
4. Pursuant to Local Rule 1.07(b), the Clerk is directed to assign each of the consolidated actions to United States Magistrate Judge Daniel C. Irick.

**DONE AND ORDERED** in Orlando, Florida on December 9, 2021.

---

[2] Although Defendant's Motion only specifically seeks consolidation of the first five cases filed, the remaining cases were filed after the Motion and noted in Defendant's Notice of Pendency of Other Actions (Doc. 9). Accordingly, the Court will consider the Motion with respect to each of the related actions presently assigned to the undersigned.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

5